**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| RICHARD J. COPPOLA, JR., | : | No. 690 MAL 2019 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| ADOBE SYSTEMS INCORPORATED AND | : | |
| ADOBE INCORPORATED, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 6th day of May, 2020, the Petition for Allowance of Appeal is DENIED, and the Application to QUASH is DISMISSED.